**FILED**

09/14/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 21-0464





# IN THE SUPREME COURT OF THE STATE OF MONTANA

## OP 21-0464

LYLE PERRY TAGGERT,

        Appellant,

v.

JIM SALMONSEN,
Warden, Montana State Prison, Deer Lodge.

        Appellee.

GRANT OF MOTION TO
PROCEED WITHOUT
PAYMENT OF FILING FEE

Motion to proceed without payment of the filing fee in this matter is **GRANTED.**

DATED:    September 13, 2021.

_____
BOWEN GREENWOOD
Clerk of the Supreme Court